JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS TURNER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 14-7033-JLS (KK)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Denying Appointment of Counsel and Summarily Dismissing Action,

　　IT IS HEREBY ADJUDGED that the request for appointment of counsel is denied and this action is dismissed without prejudice.

Dated: September 15, 2014

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE